IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA PLASENCIA DE PULIDO,<br><br>          Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant | Case No.: 1:10-cv-01799 LJO JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 14) |

Parties have stipulated by counsel to extend the period of time for Plaintiff Martha Plascencia De Pulido to provide Defendant with a confidential brief. The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 7 at 4). Accordingly, it is HEREBY ORDERED that Plaintiff is granted an extension of time until April 18, 2011, to submit her confidential brief.

IT IS SO ORDERED.

Dated:  **March 14, 2011**                                   /s/ Jennifer L. Thurston
                                                                       UNITED STATES MAGISTRATE JUDGE